Date: 08/18/11

**DIVIDENDS REMITTED TO THE COURT**

Page: 1

Case Number 09-40816 - NIXON, PERRY D

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| XCEL ENERGY<br>3215 COMMERCE ST<br>LA CROSSE WI 54603 | 000001 | 118.56 | 2.42 |
| ---------- Remittance Total --------------- | | 118.56 | 2.42 |

TIMOTHY D. MORATZKA, Trustee

RECEIVED 11 AUG 24 AM 9:29 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

COURT1

Printed: 08/18/11 01:21 PM   Ver: 16.02b